**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **EMMANUEL SANDERS,** | ) | **CASE NO. 4:13CV3167** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **RICHARD LUTTER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On September 20, 2013, Plaintiff filed a Complaint (filing no. 1) along with an unsigned Motion for Leave to Proceed in forma pauperis ("IFP") (filing no. 2). Federal Rule of Civil Procedure 11 states that "[e]very pleading . . . must be signed by at least one attorney of record . . . or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Further, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." *Id*.

To assure further consideration of the Complaint, Plaintiff must file a signed IFP motion or pay the $350.00 filing fee. **FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE COMPLAINT.**

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to correct the above-listed technical defect, or pay the $350.00 filing fee, on or before **November 1, 2013**;

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice; and

3. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **November 1, 2013**: deadline for payment or filing of signed IFP application.

DATED this 3rd day of October, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.