IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EMMANUEL SANDERS,** | ) | **CASE NO. 4:13CV3167** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **RICHARD LUTTER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Extension of Time to pay his initial partial filing fee. (Filing No. 8.) Plaintiff paid his initial partial filing fee on December 4, 2013. (*See* Docket Sheet.) Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time (Filing No. 8) is denied as moot.

DATED this 24th day of December, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.